**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
**NORGAARD O'BOYLE**
BRIAN G. HANNON, ESQ. [BH – 3645]
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
bhannon@norgaardfirm.com
*Attorneys for Debtor, Khawar Baqi*

Chapter 7

In Re:

Case No. 16-15033-JKS

Khawar Baqi,

                    Debtor.

## NOTICE OF APPEAL

Pursuant to Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. §158(a)(1), Khawar Baqi, the Debtor herein, by its undersigned attorneys, hereby appeals to the United States District Court for the District of New Jersey from the Order Extending the Time to File a Motion to Dismiss Case and Extending Time to File a Complaint Objecting to Discharge (docket no. 15), entered July 28, 2016 by the United States Bankruptcy Court for the District of New Jersey, over the objection of the Debtor Khawar Baqi, in connection with the contested Motion of Hyundai Merchant Marine Co. Ltd and Hyundai Merchant Marine (America), Inc. and Mitsui O.S.K. Lines, Ltd, for an Order Extending Time to Object to Discharge/Dischargeability of Debts.

The names, addresses, telephone numbers and email addresses for the appellee and their

representative attorneys, are as follows:

>Hyundai Merchant Marine Co., Ltd and Hyundai Marine, Inc.
>222 West Las Colinas Blvd., Suite 700
>Irving, TX 75039
>(972) 501-1100
>
>Mitsui O.S.K. Lines, Ltd., through U.S General Agent MOL America Inc.
>700 E. Butterfield Road, Suite 150
>Lombard, IL 60148
>(925) 603-7200
>
>Kevin S. Mann, Esq.
>Cross & Simon
>1105 N. Market Street – Suite 901
>Wilmington, DE 19801
>(302) 777-4200
>*Counsel for Hyundai Merchant Marine Co., Ltd.*
>*Hyundai Merchant Marine (America), Inc.*
>*Mitsui O.S.K. Lines, Ltd., and MOL (America) Inc.*
>
>Office of the United States Trustee
>One Newark Center, Suite 2100
>1085 Raymond Boulevard
>Newark, NJ 07102
>(973) 645-3014

>NORGAARD O'BOYLE
>Attorney for Appellant, Khawar Baqi


>By: /s/ *Brian G. Hannon, Esq.*
>        Brian G. Hannon, Esq.

Dated: 8/10/16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CROSS & SIMON, LLC
Kevin S. Mann, Esq.
Michael J. Joyce, Esq.
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com
*Counsel for Hyundai Merchant Marine Co.,
Ltd., Hyundai Merchant Marine (America),
Inc., Mitsui O.S.K. Lines, Ltd. and MOL
(America) Inc.*

**Order Filed on July 28, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

KHAWAR BAQI,

Debtor.

Case No. 16-15033 (JKS)

Chapter 7

Hearing Date:  July 26, 2016 at 10:00 a.m.

Judge:  The Honorable John K. Sherwood

**ORDER GRANTING MOTION TO EXTEND TIME TO
OBJECT TO DISCHARGE/DISCHARGEABILITY**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: July 28, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Case 16-15033-JKS Doc 20 Filed 07/28/16 Entered 07/28/16 13:50:23 Desc
Exhibit Page 2 of 2

**(Page 2)**
Debtor: Khawar Baqi
Chapter 7 Case No. 16-15033 (JKS)

**Order Granting Motion to Extend Time to Object to Discharge/Dischargeability**

---

AND NOW, the Court having reviewed the Motion of Hyundai Merchant Marine Co.,
Ltd. and Hyundai Merchant Marine (America), Inc. (together, "Hyundai") and Mitsui O.S.K.
Lines, Ltd., acting by and through its U.S. general agent, MOL (America) Inc. ("MOL" or,
together with Hyundai, ("Movants") for entry of an order extending the time to object to
discharge of any of Debtor's debts, and it appearing that sufficient cause exists for granting the
relief requested therein,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that Movants are granted an extension of time through
August 16, 2016 within which to file a complaint and/or object to discharge of any of Debtor's
debts.